# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 9 2006

at ____ o'clock and ____ min ____
SUE BEITIA, CLERK

RUSTAM A. BARBEE        #5655
ATTORNEY AT LAW
1188 Bishop Street, Ste. 2606
Honolulu, Hawaii 96813
Telephone No.        (808) 524-4406
Fax.:                (808) 524-4306
E-Mail: Rustam@HonoluluAttorney.com

Attorney for Defendant
SEON HWA KIM

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00030 SOM 01 |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; MOTION |
| | ) | FOR EARLY TERMINATION OF |
| vs. | ) | PROBATION; MEMORANDUM IN |
| | ) | SUPPORT OF MOTION; |
| SEON HWA KIM, | ) | DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | DATE: |
| | ) | TIME: |
| | ) | JUDGE:    Susan Oki Mollway |
| _____ | ) | |

## NOTICE OF MOTION

TO:    EDWARD H. KUBO, JR.
United States Attorney

THOMAS J. BRADY, ESQ.
Assistant United States Attorney
300 Ala Moana Boulevard, Suite 6-100
Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that the following motion will be heard before the

Honorable Susan Oki Mollway, in her courtroom in the United States Courthouse, 300 Ala

Moana Boulevard, Honolulu, Hawaii, on _____ ____ 2006, at _____ ___.m., or as

soon as counsel may be heard.