IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00030 SOM 01 |
| | ) | |
| Plaintiff, | ) | MOTION FOR EARLY |
| | ) | TERMINATION OF PROBATION |
| vs. | ) | |
| | ) | |
| SEON HWA KIM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW the defendant, SEON HWA KIM through her counsel and moves this Honorable Court to order the early termination of her term of probation. This motion is made pursuant to 18 U.S.C. § 3564 (c) and is based upon the attached memorandum and declaration of counsel and upon such further evidence and argument which the court receives at a hearing on this motion.

DATED: Honolulu, Hawaii, October 19, 2006.

_____
RUSTAM A. BARBEE
Attorney for Defendant
SEON HWA KIM