IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00030 SOM 01 |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| SEON HWA KIM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DECLARATION OF COUNSEL

I, RUSTAM A. BARBEE, hereby declare as follows:

1. That I am retained counsel for defendant SEON HWA KIM.

2. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, October 19, 2006.

_____
RUSTAM A. BARBEE
Attorney for Defendant
SEON HWA KIM