## CERTIFICATE OF SERVICE

I, RUSTAM A. BARBEE, hereby certify that on October 19, 2006, by the method(s) of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address(es).

U.S. Mail postage prepaid and/or Hand Delivery.

    THOMAS J. BRADY, ESQ.
    Assistant United States Attorney
    PJKK Federal Building
    300 Ala Moana Boulevard, Suite 6-100
    Honolulu, Hawaii  96850

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, October 19, 2006.

                                            _____
                                            RUSTAM A. BARBEE
                                            Attorney for Defendant
                                            SEON HWA KIM