Dear Anna,

CR 02-30 SOM

My name is Seon Hwa Kim.
I would like to make a request of returning my passport that I surrendered to Court in February 13, 2002.

I can't pick up my passport because I am living in mainland now.
I appreciate you are sending it to my home and please let me know if you needed mail fees.

Here is my address:

851 Jefferson Ave NE
Renton, WA 98056

My phone No. is 206-334-8839

I am attaching my currant driver's license copy along with this letter.

Thank you for helping me.

Best regards,

*[signature]*

Seon Hwa Kim

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 21 [2006]
DISTRICT OF HAWAII

## THE REPUBLIC OF KOREA



여권번호 / PASSPORT NO. HL0017947

성 명 / NAME | GIVEN NAME   SURNAME   NÉE |    성 별 / SEX

김 선 확         F

SEON HWA KIM

생년월일 / DATE OF BIRTH          신 장 / HEIGHT

OCT.26,1966(2042414)    162 cm

여권발급일 / DATE OF ISSUE    기간만료일 / DATE OF EXPIRATION

SEP.30,1997    SEP.30,2002

발 급 지 / PLACE OF ISSUE

HONOLULU(R)

소지인의 서명 / SIGNATURE OF BEARER

대한민국 국민인 본 여권 소지인이 아무 지장없이 통행할 수 있도록 하여 주시고 필요한 모든 편의 및 보호를 베풀어 주실 것을 관계자 여러분께 요청합니다.



대한민국 외무부장관

*The Minister of Foreign Affairs of the Republic of Korea hereby requests all those whom it may concern to permit the bearer, a national of the Republic of Korea, to pass freely without delay or hindrance and, in case of need, to afford him (her) every possible assistance and protection.*