IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 3 2002

at ___ o'clock and ___ min ___ M
WALTER A. Y. H. CHINN, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00030 SOM (01) |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | PASSPORT RECEIPT |
| vs. | ) | |
| | ) | EXPIRATION : 09/30/2002 |
| KIM, SEON HWA, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number HL 0017947 issued at HONOLULU (R), on 09/30/1997 to the above-named defendant, was surrendered to the custody of the Clerk of court on February 13, 2002 by attorney Winston D.M.Ling,and the defendant is not to apply for the issuance of a passport during the pendency of this action.  The subject passport bears the following additional information regarding the bearer:

Date of Birth:          10/26/1966

Place of Birth:

Dated at Honolulu, Hawaii on February 13, 2002.

WALTER A.Y.H. CHINN, Clerk

By:_____
                        Deputy Clerk

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN  3 2007

at __3__o'clock and __50__min. P M
SUE BEITIA, CLERK

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: _mailed out on 12/21/06_          Signature: _____
                                                                        Owner of Passport

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF RETURN ADDRESS,
FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7099 3220 0009 4304 4907

**U.S. Postal Service**
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

**Article Sent To:**

SEON HWA KIM nka Sunny Huang

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Name (Please Print Clearly) (To be completed by mailer)*
SEON HWA KIM, (nka Sunny Huang)
*Street, Apt. No.; or PO Box No.*
851 Jefferson Ave NE   CR 02-30-01
*City, State, ZIP+4*
Renton WA 98 6   98056

PS Form 3800, July 1999          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SEON HWA KIM
nka Sunny Huang
851 JEFFERSON AVE N.E.
RENTON WA. 98056

CR 02-00030SOM-01

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7099 3220 0009 4304 4907

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE
SEATTLE WA 981

27 DEC 2006  PM  1 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF HAWAII          JAN 0 3 2007
300 ALA MOANA BLVD. C-338
HONOLULU, HAWAII 96850-0338    DISTRICT OF HAWAII
OFFICIAL BUSINESS

re: CR 02-30-01  PASSPORT RETURN

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SEON HWA KIM
nka Sunny Huang
851 JEFFERSON AVE N.E.
RENTON WA. 98056

CR 02-00030SOM-01

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☑ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)    7099 3220 0009 4304 4907

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540